FIRST AMENDED CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Gregory Niles Segars**  SS#: **xxx-xx-3726**  Net Monthly Earnings: **77.00**

SS#: _____  Number of Dependents: **1**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **77.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or

   ( ___ ) Payroll deduction Order: To _____ for $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **4,620.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,750.00** ; **$0.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **68.75** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Springleaf Financial Services** | $52,574.00 | ☐ by Trustee ☒ by Debtor $596.00 | | $0.00 | | 0.00% | $0.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **South Park Auto Sales** | $13,066.00 | $373.00 | 2002 GMC Sierra | **Vehicle purchased out of necessity on 4/8/2014** |

IV. Special Provisions:
   ☐ This is an original plan.
   ☒ This is an amended plan replacing plan dated **5/12/2014**.
   ☒ This plan proposes to pay unsecured creditors **1** %.
   ☒ Other Provisions:
      ***Student loans are to be paid prorata with general unsecured debt.**

Attorney for Debtor Name/Address/Telephone #
**Richard L. Collins ASB-8742-C66R**
**P O Box 669**
**Cullman, AL 35056**
Telephone # **(256) 739-1962**

Date **July 15, 2014**

**/s/ Gregory Niles Segars**
**Gregory Niles Segars**
Signature of Debtor